IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:12-cr-107-MEF |
| | ) | (WO) |
| JAMES E. POTTS and | ) | |
| LELAND J. McDOWELL | ) | |

# **O R D E R**

Upon consideration of the Second Unopposed Motion to Continue (Doc. #25) filed

by defendant Leland J. McDowell on August 30, 2012, it is hereby

ORDERED that the motion is GRANTED. The trial of this case set for March 25,

2013 is continued to the criminal term of court commencing on April 1, 2013.

DONE this the 4th day of September, 2012.


_____
/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE